

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-5-2003

# Dreher v. Pinchak

Precedential or Non-Precedential: Precedential

Docket 01-3067

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Dreher v. Pinchak" (2003). *2003 Decisions*. Paper 699.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/699

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL
THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 01-3067
_____

JOHN W. DREHER,

Appellant
v.

STEVEN PINCHAK;
ATTORNEY GENERAL OF THE STATE OF NEW JERSEY
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. No. 98-cv-04816)
District Judge:  The Honorable Dickinson R. Debevoise
_____

ARGUED APRIL 18, 2002

Before: NYGAARD and AMBRO,  <u>Circuit</u> <u>Judges</u>, and O'NEILL,[*] <u>District Judge</u>.

David A. Ruhnke, Esq. (Argued)
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
        <u>Counsel for Appellant</u>

Joseph Connor, Jr., Esq. (Argued)
John McNamara, Jr., Esq. (Argued)
Office of County Prosecutor
Morris County
PO Box 900
Court and Washington Streets

_____

[*].        Honorable Thomas N. O'Neill, Jr., District Judge for the United States District
Court for the Eastern District of Pennsylvania, sitting by designation.

Morristown, NJ 07963
        Counsel for Appellees

———————

ORDER AMENDING SLIP OPINION

———————

IT IS HEREBY ORDERED THAT the slip opinion in the above captioned case, filed on

March 3, 2003, be amended as follows:


On page 6, delete "Picardy" and replace it with "Picard"; and

On page 9, delete "Picardy" and replace it with "Picard."


By the Court,


    /s/    Richard L. Nygaard

United States Circuit Judge


DATED:   March 4, 2003